**Order entered December 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00984-CV

## IN RE CHARLES ANTHONY ALLEN, SR., Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/    CORY L. CARLYLE
       JUSTICE